# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

MARY J. WEAVER, )
 )
        Plaintiff, )
 )
v. ) Case No. CIV 05-258-JHP
 )
JO ANNE B. BARNHART, )
COMMISSIONER OF THE SOCIAL )
SECURITY ADMINISTRATION, )
 )
 )
        Defendant. )

## ORDER AFFIRMING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 21, 2006, the United States Magistrate Judge entered her Findings and Recommendation in regard to Plaintiff's request for judicial review of the decision of the Commissioner of the Social Security Administration. The Magistrate Judge recommended that the decision of the Administrative Law Judge be reversed and remanded pursuant to the fourth sentence of 42 U.S.C. §405(g). The defendant has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the court finds and orders that the Report and Recommendation

entered by the United States Magistrate Judge on February 21, 2006, be **AFFIRMED** and **ADOPTED** by this court as its Findings and Order.

IT IS SO ORDERED this 15TH day of May 2006.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma